Sara HOEING, Employee/Appellant,

v.

GLOBAL PRODUCTS INTERNATIONAL, INC and Division of Employment Security, Respondents.

No. ED 98866.

Missouri Court of Appeals, Eastern District, Division Two.

June 11, 2013.

Sara Hoeing, Wentzville, MO, pro se.

Robert Bedell, Jefferson City, MO, for respondents.

Global Products International, Inc., Earth City, MO, pro se.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J. and LISA S. VAN AMBURG, J.

### ORDER

PER CURIAM.

Claimant, Sara K. Hoeing, appeals from the judgment of the Labor and Industrial Relations Commission finding Claimant was disqualified from receiving unemployment benefits.

The judgment of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).